**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **EKU MILDRED SMITH BRYANT,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. EA-26-609** |
| **SHAPEL K. LEET, *et al*.,** | * | |
| **Defendants.** | * | |

**ORDER**

Plaintiff Eku Mildred Smith Bryant initiated the above-captioned action on February 13, 2026, seeking to compel action on her Application to Register Permanent Resident or Adjust Status (Form I-485) filed with the United States Citizenship and Immigration Services. ECF No. 1. On April 28, 2026, prior to the Defendants' filing of a responsive pleading, Ms. Bryant filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 12. That notice is approved.

In light of the foregoing, it is hereby ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE. The Clerk shall CLOSE this case.

Date: April 28, 2026

/s/
Erin Aslan
United States Magistrate Judge